IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )    CRIMINAL ACTION NO.
     v.                      )       2:22cr249-MHT
                             )            (WO)
CHARLES BRAXTON TIDWELL      )
```

SUPPLEMENTAL ORDER ON
TREATMENT-RELATED CONDITIONS OF SUPERVISED RELEASE

In accordance with and in addition to the conditions of supervision in the judgment of conviction entered today, it is ORDERED that, within 60 days of defendant Charles Braxton Tidwell's release from imprisonment, the probation department and defense counsel are to arrange for defendant Tidwell to receive a full mental-health evaluation by a licensed psychologist.  The evaluator's report should include recommendations for appropriate treatment and suggestions as to whether any conditions of supervision would be helpful in addressing defendant Tidwell's mental-health and substance-abuse issues, and, if so, what they should be.  The probation department shall provide a copy of Dr. Ashley Christiansen's prior

psychological evaluation (Doc. 29-1) to the evaluator and mental-health treatment provider.

DONE, this the 15th day of March, 2023.

                                        /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE